UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **DENNIS FROST,** ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Case No. 08-2106 |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

# O R D E R

In October 2007, Administrative Law Judge Gerard J. Rickert ("ALJ") denied Plaintiff Dennis Frost's application for disability insurance benefits and supplemental security income. The ALJ based this decision on his finding that while Plaintiff could no longer perform his past relevant work, he could perform other work that exists in significant numbers in the national economy.

In May 2008, Plaintiff filed a Complaint (#5) against Defendant, Michael Astrue, Commissioner of Social Security, seeking review of the ALJ's decision to deny him disability insurance benefits and supplemental security income.  In December 2008, Plaintiff filed a Motion for Summary Judgment (#14).  In February 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#19).  In March 2009, Plaintiff filed a Response to Commissioner's Memorandum in Support of Motion for Summary Affirmance (#20).

After reviewing the record and the parties' memoranda, this Court granted Plaintiff's motion for Summary Judgment (#14).  Consistent with the Court's reasoning in the Order granting Plaintiff's motion, the Court now **DENIES** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#19)**.

ENTER this 22nd day of June, 2009.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE